# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABER ANTONY CAMPOS-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br><br>Respondent. | Case No. 1:26-cv-06851-JLT-EPG-HC<br><br>ORDER DIRECTING PETITIONER TO RESPOND TO RESPONDENT'S MOTION TO LIFT NO-TRANSFER ORDER<br><br>(ECF No. 6) |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 28, 2026, the Court ordered Respondents to file a response to the petition and prohibited Petitioner's transfer out of this District pending further order of the Court. (ECF Nos. 4, 5.) On September 11, 2026, Respondent filed a motion to lift the no-transfer order in light of Petitioner's motion for pre-conclusion voluntary departure being granted. (ECF No. 6.)

Within SEVEN (7) days of the date of service of this order, Petitioner SHALL file an opposition or statement of non-opposition To Respondent's motion to lift the no-transfer order.

IT IS SO ORDERED.

Dated: **September 21, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE